UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 18-cr-01129-GPC-3 |
|---|---|---|
| | ) | |
| | ) | **JUDGMENT AND ORDER OF** |
| | ) | **DISMISSAL OF INDICTMENT AS** |
| v. | ) | **TO THIS DEFENDANT ONLY** |
| | ) | |
| JUAN DUARTE-TELLO (3) | ) | |
| | ) | |
| Defendant, | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to this Defendant only.

IT IS SO ORDERED.

Dated: July 21, 2020

Hon. Gonzalo P. Curiel
United States District Judge